SEALED
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 JUL 19 PM 4: 11
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22CR 3088 |
| vs. | INDICTMENT<br>21 U.S.C. §§ 841(a)(1), 841(b)(1) and 851 |
| JASON SMITH, | |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about June 3, 2022, in the District of Nebraska, Defendant JASON SMITH did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

Before JASON SMITH committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 846, Conspiracy to Distribute and Possess with Intent to Distribute more than 5 grams of Methamphetamine, on or about August 28, 2002, found in the United States District Court, Western District of Wisconsin, at Case Number 3:02CR00013, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of Title 21, United States Code, Section 841(a)(1), Title 21, United States Code, Section 841(b)(1) and 851.

1

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
DANIEL PACKARD, #21991
Assistant U.S. Attorney

2