

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | July 20, 2022 |
| U.S. v. JASON SMITH<br>4:22CR3088 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | Dan Packard, AUSA |

Be advised that the above-named Defendant is now in custody.  You may unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**